JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>OCTAVIO SANCHEZ,<br><br>    Defendant. | CASE NOs. CV 08-04941 MMM<br>                CR 05-01178 MMM<br><br>JUDGMENT |

On July 16, 2010, the court issued an order granting in part and denying in part plaintiff's motion for return of property. Therefore,

IT IS ORDERED AND ADJUDGED

1. That the United States is directed to return Octavio Sanchez's cellular telephone and cell phone charger to his lawyer, Walter Stewart, or Maria Sanchez, forthwith.

2. That in all other respects, Sanchez take nothing by way of his complaint against the United States; and

3. That the action be, and it hereby is, dismissed.

DATED: July 19, 2010

                                        _Margaret M. Morrow_
                                        MARGARET M. MORROW
                                        UNITED STATES DISTRICT JUDGE